UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. RICHARD K. EATON, JUDGE

|  |  |
|---|---|
| Trimil S.A., | ) |
|  | ) |
| Plaintiff, | ) Court No. 16-00025 |
| v. | ) (and attached schedule) |
|  | ) |
| United States, | ) |
|  | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE, that pursuant to USCIT R. 75(b), Robert F. Seely and William F. Marshall have departed from GDLSK LLP and should be removed as attorney of record in this case and in the cases listed on the attached schedule.

GDLSK LLP remains as counsel for plaintiff in this action and those listed on the attached schedule and respectfully requests that Robert B. Silverman be designated as lead counsel.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
Dated: October 29, 2024        New York, New York 10022
New York, New York        Tel. (212) 557-4000
jspraragen@gdlsk.com

By:   /s/ Joseph M. Spraragen
Joseph M. Spraragen

Schedule of Cases

| COURT NOS. | CASE NAME | PARTY REPRESENTED |
|---|---|---|
| 05-00443 | Trimil S.A. v. United States | plaintiff |
| 05-00677 | Trimil S.A. v. United States | plaintiff |
| 06-00145 | Trimil S.A. v. United States | plaintiff |
| 06-00295 | Trimil S.A. v. United States | plaintiff |
| 07-00004 | Trimil S.A. v. United States | plaintiff |
| 07-00235 | Trimil S.A. v. United States | plaintiff |
| 07-00416 | Trimil S.A. v. United States | plaintiff |
| 08-00110 | Trimil S.A. v. United States | plaintiff |
| 08-00309 | Trimil S.A. v. United States | plaintiff |
| 09-00117 | Trimil S.A. v. United States | plaintiff |
| 09-00328 | Trimil S.A. v. United States | plaintiff |
| 09-00539 | Trimil S.A. v. United States | plaintiff |
| 10-00202 | Trimil S.A. v. United States | plaintiff |
| 10-00378 | Trimil S.A. v. United States | plaintiff |
| 11-00155 | Trimil S.A. v. United States | plaintiff |
| 11-00418 | Trimil S.A. v. United States | plaintiff |
| 12-00383 | Trimil S.A. v. United States | plaintiff |
| 07-00374 | GA Modefine v. United States | plaintiff |
| 08-00016 | GA Modefine v. United States | plaintiff |
| 08-00187 | GA Modefine v. United States | plaintiff |
| 08-00417 | GA Modefine v. United States | plaintiff |
| 09-00172 | GA Modefine v. United States | plaintiff |
| 09-00450 | GA Modefine v. United States | plaintiff |
| 10-00124 | GA Modefine v. United States | plaintiff |
| 10-00228 | GA Modefine v. United States | plaintiff |
| 11-00026 | GA Modefine v. United States | plaintiff |

12948175_1